No. 75–436.  BUCKLEY ET AL. *v.* VALEO, SECRETARY OF THE UNITED STATES SENATE, ET AL.  Appeal from C. A. D. C. Cir.; and

No. 75–437.  BUCKLEY ET AL. *v.* VALEO, SECRETARY OF THE UNITED STATES SENATE, ET AL.  Appeal from D. C. D. C.  Probable jurisdiction noted.  Cases consolidated and a total of four hours allotted for oral argument to be evenly divided between appellants and appellees.  Motion of Senators Hugh Scott and Edward M. Kennedy for leave to permit oral argument on their behalf as *amici curiae* denied without prejudice to their seeking part of the two hours allotted appellees.  Reported below: No. 75–436, 171 U. S. App. D. C. 172, 519 F. 2d 821; No. 75–437, 401 F. Supp. 1235.

No. 74–1254.  OIL, CHEMICAL & ATOMIC WORKERS INTERNATIONAL UNION, AFL–CIO, ET AL. *v.* MOBIL OIL CORP., MARINE TRANSPORTATION DEPARTMENT, GULF-EAST COAST OPERATIONS.  C. A. 5th Cir.  Certiorari granted.

No. 74–1318.  DREW MUNICIPAL SEPARATE SCHOOL DISTRICT ET AL. *v.* ANDREWS ET AL.  C. A. 5th Cir.  Certiorari granted.

No. 74–1452.  HOSPITAL BUILDING CO. *v.* TRUSTEES OF REX HOSPITAL ET AL.  C. A. 4th Cir.  Certiorari granted.

No. 74–1471.  TSC INDUSTRIES, INC., ET AL. *v.* NORTHWAY, INC.  C. A. 7th Cir.  Certiorari granted.

No. 74–1492.  WASHINGTON, MAYOR OF WASHINGTON, D. C., ET AL. *v.* DAVIS ET AL.  C. A. D. C. Cir.  Certiorari granted.